914 A.2d 866

**Anthony GARDNER, Petitioner**

**v.**

**Thomas CORBETT, Attorney General of the Commonwealth, James Wynder, Superintendent S.C.I.-Dallas, Pennsylvania, Respondents.**

**No. 160 EM 2006.**

Supreme Court of Pennsylvania.

Dec. 20, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of December, 2006, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus and Application for Immediate Hearing are denied.